## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DAPHNE SLEDGE

    PLAINTIFF,

VS.

HOUSING AUTHORITY OF THE CITY OF LAS VEGAS ET AL

    DEFENDANT

CV-S-05-0790-KJD(LRL)

MINUTES OF THE COURT

DATED: July 26, 2005



FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
JUL 27 2005
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                        DEPUTY

PRESENT:
THE HONORABLE **KENT J. DAWSON,** UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: PEGGIE VANNOZZI    COURT REPORTER:  FELICIA ZABIN

PRESENT FOR PLAINTIFF:    ANNAMARIE JOHNSON

PRESENT FOR DEFENDANTS:    NONE APPEARING IN THE A.M.; THEODORE PARKER IN THE P.M.

IN COURT PROCEEDINGS: CONTINUATION OF THE HEARING ON THE MOTION FOR TEMPORARY RESTRAINING ORDER (#3)

    Proceedings begin at 10:03 A.M.

    The Court has called Mr. Parker's office two times in the last 35 minutes. Mr. Parker's assistant advised the Court's secretary that he was "on his way" to court.

    Ms. Johnson advises the Court that Plaintiff has offered a settlement that asks the Housing Authority to change its policy. Plaintiff has returned to California to clear up the warrant and has obtained an order recalling the warrant. Mr. Parker has not responded to Ms. Johnson's calls to discuss the settlement. The Court directs Plaintiff to provide a copy of the minute order recalling the warrant. If Defendant does not pay the subsidy for the month of August or attempts to evict the Plaintiff, the Court will issue the Temporary Restraining Order. Defense counsel may write a letter to the Court indicating that all actions to terminate Plaintiff's assistance have been withdrawn.

    Proceedings adjourn at 10:06 a.m. At 11:30 a.m., Ms. Johnson and Mr. Parker called the Court to request a telephonic conference.

    Proceedings reconvene at 2:00 p.m. Ms. Johnson and Mr. Parker participate in a telephonic conference with the Court.

    Mr. Parker advises the Court that he has provided the copy of the recalled bench warrant to the Housing Authority and Plaintiff's subsidy will be reinstated. **IT IS THE ORDER OF THE COURT** that the Plaintiff's subsidy is to be reinstated forthwith. **IT IS FURTHER ORDERED that this matter is dismissed.**

    Proceedings adjourn at 2:05 p.m.

                                                           **LANCE S. WILSON, CLERK**
                                                            **U.S. DISTRICT COURT**

                                                            DEPUTY CLERK